[No. 39157-1-II.   Division Two.   November 9, 2010.]

MORCOS BROS., INC., ET AL., *Appellants*, v. MERIDIAN PLACE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-13662-0, Bryan E. Chushcoff, J., entered April 17, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39166-0-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. TED JENSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01388-2, James E. Warme, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J., and Taylor, J. Pro Tem.

[No. 39186-4-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RYNA RA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04549-5, Thomas Felnagle, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 39190-2-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL A. BELDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03764-1, Ronald E. Culpepper, J., entered April 10, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J., and Taylor, J. Pro Tem.